STAHL & ZELMANOVITZ

June 11, 2021

**By ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street, Room 701
New York, New York 10007

          Re:     **Mayra Joana Macas et al. v. K.Y. Young, Inc. et al.**
                  **Case No. 21-cv 03244 (LJL)**

Dear Judge Liman:

         We have just been retained to represent the defendants in this action.  We respectfully
request that the Court grant defendants until July 15, 2021 by which to answer or move with
respect to the complaint.

         The earliest time for any of the defendants to answer the complaint is June 17, 2021.
This is the first request by defendants for an extension of time.  Counsel for plaintiffs consents to
this request as indicated by the attached stipulation.

         Defendants' counsel requests this extension so as to adequately research the claims and
facts alleged in the complaint, to discuss the matter with defendants, and to formulate an
appropriate response.

         Based on our review of the docket in this action, it appears that the Court has scheduled
the Initial Pretrial Conference for July 1, 2021.  We respectfully request that the Court adjourn
the conference date to a date after July 23, 2021 so as to allow sufficient time for the parties to
submit the Court's Case Management Plan and Scheduling Order a week before the conference.

                              Respectfully submitted,

                              Joseph Zelmanovitz

Enclosure
cc: Clela Alice Errington, Esq. (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    Case No. 21-cv-03244 (LJL)
MAYRA JOANA MACAS and MARIA
JEREZ, individually and on behalf of others
similarly situated,                                             **STIPULATION AND ORDER**

                              Plaintiffs,

            - against -

K.Y. YOUNG, INC. (D/B/A DOLCE SPA
NYC), CYNTHIA LEE, KYUNG SOON YI,
and JOHN DOE LEE (A.K.A. MR. LEE),

                              Defendants.
-----------------------------------------------------------x
            IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their undersigned counsel, that the time for defendants K.Y. Young, Inc. (d/b/a Dolce

Spa NYC), Cynthia Lee, and Kyung Soon Yi (also sued herein as "John Doe Lee (a.k.a. Mr.

Lee)"), to answer, move or otherwise respond to the complaint is extended to and including July

15, 2021.  Defendants agree that they will waive any defenses as to service of process.

Dated: June 11, 2021

MICHAEL FAILLACE & ASSOCIATES, P.C.          STAHL & ZELMANOVITZ
*Attorneys for Plaintiffs*                              *Attorneys for Defendants*

/s Clela Errington                                      _____
Clela Alice Errington                                   Joseph Zelmanovitz
60 East 42nd Street, Suite 4510                         747 Third Avenue, Suite 33B
New York, New York 10165                                New York, New York 10017
(212) 317-1200                                          (212) 826-6422


SO ORDERED:


_____
            U.S.D.J.