```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   :
MAYRA MACAS et al.,   :
   :
                    Plaintiffs,   :
   :     21-cv-3244 (LJL)
        -v-   :
   :     ORDER
K.Y. YOUNG, INC et al.,   :
   :
                    Defendants.   :
   :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the request by attorneys Catalina Sojo and Clela Errington to withdraw as counsel for Plaintiff Maria Jerez, pursuant to Local Civil Rule 1.4, because Plaintiff Jerez has failed to cooperate with prosecution of the matter and to respond to counsel's attempts to contact her. Dkt. No. 30.

      Plaintiff Jerez is ORDERED to show cause by February 21, 2022, why the motion to withdraw should not be granted and why Plaintiff Jerez's case should not be dismissed for failure to prosecute, *see LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[Federal Rule of Civil Procedure] 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute.").

      Counsel for plaintiffs are directed to mail a copy of this order to Plaintiff Jerez at her last known address.

      SO ORDERED.

Dated: February 3, 2022
      New York, New York
                                              LEWIS J. LIMAN
                                              United States District Judge