```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAYRA JOANA MACAS, et al.,                                         :
:
                    Plaintiffs,                                    :
:                         21-cv-3244 (LJL)
          -v-                                                      :
:                            ORDER
K.Y. YOUNG, INC. et al.,                                           :
:
                    Defendants.                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Pursuant to the Court's Order at Dkt. No. 31 and the subsequent submission at Dkt. No. 39, this action is DISMISSED only as to Plaintiff Maria Jerez.

    SO ORDERED.

Dated: May 5, 2022
       New York, New York                            _____
                                                                         LEWIS J. LIMAN
                                                                   United States District Judge